

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Ronald C. Diaz

                                **Plaintiff,**

                            V.

(See Attachment)

                                **Defendant.**

**Civil Action No.**   17cv1772-LAB-BLM

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court:
1. Vacates the Clerk's Judgment entered on 1/17/2018;
2. Dismisses Plaintiff's Second Amended Complaint in its entirety for failing to state a claim upon which relief may be granted pursuant. Because the Court finds further amendment futile, leave to amend is denied.

**Date:**     1/29/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Taylor

                                                                J. Taylor, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  17cv1772-LAB-BLM

N. McGee, Correctional Sergeant; S. Ruthledge, Correctional Sergeant; D. Holbrook, Associate Warden; J. Wilborn, Correctional Sergeant; Calvert, Correctional Officer LT; Richard J. Donovan Correctional Facility, "Green Slobbs" Gang Officers